# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Steven Hubbard et. al.

**Plaintiff,**

V.

City of San Diego et. al.

**Defendant.**

**Case No.**  26-cv-4084-WQH-DDL

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low-Numbered Case No.:    24-cv-0972-CAB-MMP

Title:    Hubbard et al v. City of San Diego et al

Nature of Case:    440 Civil Rights: Other

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:**    **26-cv-04084-CAB-MMP**

This case was transferred pursuant to the Low-Number Rule.  The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:    7/23/26

By:  s/ B. Chandler

B. Chandler, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  August 4, 2026

Cathy Ann Bencivengo
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Cathy Ann Bencivengo and Magistrate Judge Michelle M. Pettit for all further proceedings.

Dated:    July 29, 2026

William Q. Hayes
United States District Judge